# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 709 |
| | : | |
| APPOINTMENT TO THE CONTINUING | : | SUPREME COURT RULES |
| | : | |
| LEGAL EDUCATION BOARD | : | |

## AMENDED ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, Jay N. Silberblatt, Esquire, Allegheny County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years commencing January 1, 2017.